

52 Duane Street – 7th Floor – New York, New York 10007
Telephone • Cell 917-533-5965 • Email: emacedonio@Yahoo.com

|  |  |  |
|---|---|---|
| | Application Granted<br>SO ORDERED<br>Brooklyn, New York<br>Dated: 7/15/2025 | July 15, 2025 |
| | */s/Eric N. Vitaliano*<br>_____<br>Eric N. Vitaliano<br>United States District Judge | |

**EX PARTE / CJA MATTER**
**By Email**

Honorable Eric N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Rong Rong Xu
22 Cr. 158 (ENV)

Dear Judge Vitaliano:

Pursuant to the Criminal Justice Act, I represent Rong Rong Xu in the above referenced Indictment. As discussed on the record at our last appearance, I write to request that the Court appoint Cristina Alvarez as a mentee in this case.

As Your Honor may be aware, the Board of Judges of the Eastern District of New York has implemented a mentorship program that assigns experienced members of the District's CJA Panel to act as mentors for attorneys interested in applying to the Panel. Ms. Alvarez is a mentee participating in the program. Under the guidelines of the program, when assigned to a case the mentee provides the first 15 hours on a *pro bono* basis and thereafter may bill at a rate of $103 per hour.

This case is an appropriate matter for a mentee for several reasons. First, there is an extremely large volume of material to review in preparation for sentencing. Ms. Xu is charged in a thirty-one-count indictment. The charges include racketeering, sex trafficking, money laundering, interstate prostitution, Hobbs Act robbery and assault in aid-of-racketeering among other charges. Although she has pled guilty, there are a number of legal issues that must be addressed prior to sentencing. Finally, as Ms. Xu is detained at the Metropolitan Detention Center, additional support is needed to meet with her to review the voluminous discovery and prepare for sentencing.

Honorable Eric N. Vitaliano
United States District Judge
July 15, 2025
Page 2

      Accordingly, I respectfully request that Cristina Alvarez, Esq. be assigned as Associate Counsel under the CJA mentorship program. Should the Court require any additional information, I will be happy to supply it.

      Respectfully submitted,

*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Attorney for the Defendant*
*Rong Rong Xu*